UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIKA SOTO,<br><br>Petitioner,<br><br>v.<br><br>MARKWAYNE MULLIN, et al.,<br><br>Respondents. | Case No. 5:26-cv-04411 ADS<br><br>ORDER GRANTING PETITION |

Petitioner Erika Soto filed the instant Petition, requesting habeas corpus relief and seeking immediate release from immigration detention. [Dkt. No. 1]. Respondents have stated that they "are not presenting an opposition argument."[1] [Dkt. No. 8].

---

[1] "In our adversarial system of adjudication, we follow the principle of party presentation" meaning that "in both civil and criminal cases, in the first instance and on appeal . . . we rely on the parties to frame the issues for decision and assign to courts the role of neutral arbiter of matters the parties present." United States v. Sineneng-Smith, 590 U.S. 371, 375 (2020) (citation modified). Further, "as a general rule, our system is designed around the premise that [parties represented by competent counsel] know what is best for them, and are responsible for advancing the facts and argument

Accordingly, IT IS HEREBY ORDERED:

1.    The Petition is granted;

2.    Respondents must immediately release Petitioner Erika Soto (A# 095-735-300) from immigration detention; and

3.    Judgment is to be entered accordingly.

DATED:   August 13, 2026          _____/s/ Autumn D. Spaeth_____
                                  THE HONORABLE AUTUMN D. SPAETH
                                  United States Magistrate Judge

---

entitling them to relief." Id. at 375–76 (citation modified).