JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIKA SOTO,<br>Petitioner,<br>v.<br>MARKWAYNE MULLIN, et al.,<br>Respondents. | Case No. 5:26-cv-04411 ADS<br><br>JUDGMENT |

Pursuant to the Court's Order, IT IS HEREBY ORDERED AND ADJUDGED that the Petition is granted. Respondents must immediately release Petitioner Erika Soto (A# 095-735-300) from immigration detention.

DATED: August 13, 2026

/s/ Autumn D. Spaeth
THE HONORABLE AUTUMN D. SPAETH
United States Magistrate Judge